IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs.       : | CRIMINAL NO. 7:20-cr-0033-WLS-TQL-1 |
| : | |
| JAYSON E. WRIGHT    : | |
| _____ : | |

**PARTIES JOINT RESPONSE TO COURT ORDER DATED SEPTEMBER 16, 2021**

COME NOW the Defendant Jayson E. Wright, by and through his appointed counsel of record, Timothy R. Saviello and the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and hereby state the following:

**(1)**

Defendant Garcia was indicted on September 10, 2020 charged with six counts of production of child pornography, in violation of 18 U.S.C. §2251(b) and (e) [Doc.1].

**(2)**

On November 2, 2020, an initial appearance was held for Defendant Garcia. [Doc.25]. A Standard Pretrial Order was signed the same day. [Doc. 31]. Discovery was sent to Defendant Garcia and received on or about November 11, 2020. As the court is aware, the actual alleged contraband items in cases such as these cannot be possessed by defense counsel. The only way to view the alleged contraband items is by traveling to the FBI computer crimes office in Valdosta for a previously scheduled

viewing of that contraband.  Discovery review took some time and was followed by plea negotiations.

**(3)**

On September 16, 2021, the Court issued and Order directing counsel to inform the Court no later than September 24, 2021, as to the status of this case. [Doc. 67]. Counsel for the parties accordingly conferred and herein announce that they have now agreed on terms of a negotiated plea agreement. Once the draft agreement is finalized, the parties will contact the Court to schedule a change of plea hearing. At this point there are no other pending motions.

Respectfully submitted this 24th day of September 2021.

/s/ Timothy R. Saviello
TIMOTHY R. SAVIELLO
Attorney for the Defendant Garcia
Ga. Bar No. 627820
Federal Defenders of the MD GA
440 MLK Jr. Blvd., Suite 400
Macon, Georgia 31201
Telephone: (478) 743-4747
Email: tim_saviello@fd.org


PETER D. LEARY
ACTING UNITED STATES ATTORNEY

By:   /s/ Katelyn Semales
Katelyn Semales
Assistant United States Attorney

*Signatures Continued on Following Page*

                New Hampshire Bar No. 268469
                United States Attorney's Office
                Middle District of Georgia
                P.O. Box 1702
                Macon, Georgia 31202
                Telephone: (478) 752-3511
                E-mail: katelyn.semales@usdoj.gov