IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:20-CR-33 (WLS-TQL-1) |
| JASON E. WRIGHT, | : |
| Defendant. | : |

**ORDER**

Per a response to this Court's Order issued on September 17, 2021, the Parties have indicated that Defendant Jayson E. Wright and the Government have agreed to the terms of a negotiated plea agreement and are in the process of finalizing a draft of said agreement for the Court. (Doc. 69.) The Court shall schedule a hearing on a change of plea by separate notice once the agreement has been finalized.

However, it has come to the attention of the Court that Assistant United States Attorney Katelyn Semales, the lead and only attorney of record for the Government listed on the docket, has filed a temporary leave of absence in multiple cases scheduled for the current trial term, for which this case is currently scheduled. No such notice of leave of absence has been filed in this case. In order to expeditiously adjudicate this case and avoid unnecessary delays, the Court hereby **ORDERS** that the Government inform the Court whether Ms. Semales will take a leave of absence in this case and enter notice of appearance for additional counsel **within three (3) days** of this Order or **by Friday, October 8, 2021**.

**SO ORDERED,** this 5th day of October 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1