IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-CR-33 (WLS-TQL) |
| | : | |
| JASON E. WRIGHT and | : | |
| KARA E. WRIGHT, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Pending before the Court is a "Joint Motion for Continuance and to Schedule Sentencing" filed in the above-styled action on November 3, 2021. (Doc. 78.) Therein, Counsel for Defendants Jayson and Kara Wright and the United States Government request that the Court continue Defendant Jayson Wright's sentencing set for February 24, 2022, and that the Court set the sentencings of both Defendants in the month of April 2022. (*Id*.) In support of this request, the Parties explain that lead Counsel for the Government has a noticed leave of absence until February 17, 2022, only a week prior to the current date of Defendant Jayson Wright's sentencing. (*Id*; Doc. 73.) Further, and most importantly, the Parties seek to have both Defendants' sentencings occur on the same day in order to allow the victims to attend the hearings and limit their need to travel to two hearings on two separate occasions.

Based on the above-stated reasons, the Court finds good cause to grant a continuance as requested. Therefore, the "Joint Motion for Continuance and to Schedule Sentencing" (Doc. 78) is **GRANTED**. The sentencing hearing for Defendant Jayson Wright currently set

1

for February 24, 2022 is **CONTINUED**. The sentencings of Defendant Jayson E. Wright and Defendant Kara Wright shall hereby be scheduled for the same day and **shall be set for April 2022**. The exact date of the joint sentencing in April 2022 shall be noticed by separate order of the Court.

    **SO ORDERED,** this 8th day of November 2021.

                                                    /s/ W. Louis Sands
                                                    **W. LOUIS SANDS, SR. JUDGE**
                                                   **UNITED STATES DISTRICT COURT**